1  GARY M. RESTAINO
   United States Attorney
2  District of Arizona
   405 West Congress, Suite 4800
3  Tucson, Arizona 85701-5040
   Telephone: 520-620-7300
4  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | ) | Magistrate Judge's Case No. |
|---|---|---|
| Plaintiff, | ) | **24-08550MJ** |
| vs. | ) | AFFIDAVIT FOR DETENTION OF MATERIAL WITNESSES |
| Bianca Leticia Molina, | ) | |
| Defendant. | ) | |

Matthew Mooneyham _____ on oath, deposes and states:
(Name of Affiant)

1. I am a Special Agent with Homeland Security Investigations and make this affidavit as such officer.

2. A criminal complaint in this matter has been filed charging that Bianca Leticia Molina did knowingly transport certain illegal aliens, including Alejandro Perez-Perez, Evil Esau Doblado-Mencia, and Carmelino Juan-Juan, hereinafter called "witnesses," in the United States, knowing or in reckless disregard of the fact that the witnesses had come to, entered, or remained in the United States in violation of law.

3. The said witnesses have testimony to give in said matter of a material nature in that the witnesses illegally entered the United States, and the defendant did transport in the United States in any manner whatsoever, said witnesses, regardless of any official action which may later be taken with respect to such witnesses which is a violation of law.

4. The above witnesses are citizens and residents of Mexico, Guatemala, and Honduras who entered the United States illegally and who would return to Mexico, Guatemala, and Honduras to reside if released in the proceeding.

5. Because of the above, the presence of the witnesses in further proceedings in the within matter could not be required by subpoena of the court system of the United States and securing such presence by subpoena would become impracticable.

6. I therefore request that the above-named aliens be detained as witnesses for further proceedings in this case and that reasonable bail be set pursuant to Title 18, United States Code, Sections 3144 and 3142.

MATTHEW D MOONEYHAM
Digitally signed by MATTHEW D MOONEYHAM
Date: 2024.02.19 14:21:41 -07'00'

Matthew Mooneyham
Special Agent
Homeland Security Investigators
Sells, Arizona
Sworn by telephone this February 20, 2024.

United States Magistrate Judge

2